1  MARK J. BOURASSA, ESQ.
   Nevada Bar No. 7999
2  TRENT L. RICHARDS, ESQ.
   Nevada Bar No. 11448
3  **THE BOURASSA LAW GROUP**
4  8668 Spring Mountain Road, Suite 101
   Las Vegas, Nevada 89117
5  Tel: (702) 851-2180
   Fax: (702) 851-2189
6  Email: mbourassa@blgwins.com
7         trichards@blgwins.com
   *Attorneys for Plaintiff*

8
                    **UNITED STATES DISTRICT COURT**
9
                         **DISTRICT OF NEVADA**
10

| | |
|---|---|
| 11  KATHLEEN THOMAS, an individual, | Case No.: 2:16-cv-02262-JCM-VCF |
| 12            Plaintiff, | |
| 13  vs. | **STIPULATION AND ORDER FOR** |
| 14  COMMONWEALTH FINANCIAL | **DISMISSAL WITH PREJUDICE** |
|     SYSTEMS, a Pennsylvania corporation; | |
| 15  EMCARE, INC., a Delaware corporation; | |
|     NORTHEAST CREDIT & COLLECTION, | |
| 16  INC., a Pennsylvania corporation; | |
|     PENDRICK CAPITAL PARTNERS, a | |
| 17  Delaware limited liability company, | |
| 18            Defendants. | |

19

20       IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff KATHLEEN

21  THOMAS, by and through her attorneys MARK J. BOURASSA, ESQ. and TRENT L.

22  RICHARDS, ESQ. of The Bourassa Law Group and Defendants COMMONWEALTH

23  FINANCIAL SYSTEMS, EMCARE, INC., PENDRICK CAPITAL PARTNERS, by and

24  through their attorneys SHANNON G. SPLAINE, ESQ., of Lincoln, Gustafson & Cercos LLP

25

26  ///

27  ///

28
                                  - 1 -

that this matter be dismissed, with prejudice, the parties to each bear their own attorney's fees and costs.

| **Plaintiff:** | **Defendant:** |
|---|---|
| DATED this 4th day of January 2017. | DATED this 4th day of January 2017. |
| THE BOURASSA LAW GROUP | LINCOLN, GUSTAFSON & CERCOS, LLP |
| By: */s/ Mark J. Bourassa, Esq.* <br> MARK J. BOURASSA, ESQ. <br> Nevada Bar No. 7999 <br> TRENT L. RICHARDS, ESQ. <br> Nevada Bar No. 11448 <br> 8668 Spring Mountain Road, Suite 101 <br> Las Vegas, Nevada 89117 <br> Telephone: (702) 851-2180 <br> Facsimile: (702) 851-2189 <br> *Attorneys for Plaintiff* | By: */s/ Shannon G. Splaine, Esq.* <br> SHANNON G. SPLAINE, ESQ. <br> Nevada Bar No.8241 <br> 93960 Howard Hughes Pkwy, Suite 200 <br> Las Vegas, Nevada 89169 <br> Telephone: (702) 257-1997 <br> Facsimile: (702) 257-2203 <br> *Attorney for Defendants* |

**IT IS SO ORDERED**

_____
UNITED STATES DISTRICT JUDGE
DATED: January 5, 2017
CASE NO.: 2:16-cv-02262-JCM-VCF